IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

WESTFIELD INSURANCE CO.    )
                           )
v.                         ) NO. 1-10-0110
                           ) JUDGE CAMPBELL
BROAN-NUTONE, LLC          )

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 2). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE